RECEIVED
CHARLOTTE, N.C.
MAY 20 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR108-V |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| (2) CIOMARA ROSALES DUARTE | ) | |
| a/k/a VERONICA BOBOO | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal without prejudice of the charges in the Bill of Indictment against <u>juvenile defendant Ciomara Rosales Duarte a/k/a Veronica Boboo</u>.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

SO ORDERED this the _____ day of May, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE

DOCUMENT SCANNED